AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**JAMES MATTHEWS**
**DOB: x/xx/xx**
**PDID: xxx-xxx**
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 20, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Bersa .380 caliber handgun and .380 caliber ammunition.**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER JORDAN KATZ__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JORDAN KATZ**
**NARCOTICS SPECIAL INVESTIGATION**
**DIVISION, MPD**

**Sworn to before me and subscribed in my presence,**

_____   at   __Washington, D.C.__
**Date**                                       **City and State**

_____        _____
**Name & Title of Judicial Officer**              **Signature of Judicial Officer**

**STATEMENT OF FACTS**

      On March 20, 2008, the United States Marshals Service went to 1600 Frankford Street, S.E., Apt. #203, Washington, D.C. with the intention of serving an eviction notice. Upon entry into the apartment the Deputies discovered it was occupied by defendant James Matthews. The defendant was observed with a handgun protruding from the his rear pants pocket and was ordered to stop and show his hands. The defendant refused and fled the scene. Deputies pursued the defendant on foot but lost sight of him momentarily. Upon entering the 1600 block of Morris Road, S.E., the Deputies were flagged down by a witness who identified himself as a resident of 1625 Morris Road, S.E. and advised the Deputies that a male subject ran inside the apartment building stating "Help hide me the police are chasing me." The Deputies entered the apartment building and found the defendant in the hallway on the second floor. The defendant was handcuffed and searched but no handgun was found in his possession. Deputies searched the surrounding area and recovered a loaded handgun underneath a floor mat. Also found on the third floor hallway area was the jacket the defendant was wearing at the time of initial observation. Deputies contacted the Metropolitan Police Department Narcotics and Special Investigation Division's Gun Recovery Unit which responded to the scene and took custody of the loaded handgun. The defendant was placed under arrest. To the best of the undersigned officer's knowledge, defendant James Matthews, has previously been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court for the District of Columbia, case numbers 1991-FEL-013355 and 1983-FEL-006584. Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such crime. He wrote his initials on the computer print-out that he reviewed, so that he would recognize it again in the future. To the best of the undersigned officer's knowledge, there are no Bersa .380 caliber handguns nor ammunition manufactured in the District of Columbia.

 

OFFICER JORDAN KATZ
MPD-NARCOTICS SPECIAL INVESTIGATION DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.

U.S. MAGISTRATE JUDGE